# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                 Case Number: 13-CV50377

Rochelle Ibarrola, on behalf of herself
and all others similarly situated
v.
King, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Rochelle Ibarrola

| | |
|---|---|
| NAME (Type or print) <br> Edward A. Wallace | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Edward A. Wallace | |
| FIRM <br> Wexler Wallace LLP | |
| STREET ADDRESS <br> 55 W. Monroe Street, Suite 3300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06230475 | TELEPHONE NUMBER <br> 312-346-2222 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a copy of the foregoing Appearance to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system. Those attorneys not registered with the Court's electronic filing system will be served via U.S. Mail this 9th day of December, 2013.

                                                  /s/ Edward A. Wallace