IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ROCHELLE IBARROLA, on behalf of herself
and all others similarly situated,

        Plaintiff,

        v.

KIND, LLC,

        Defendant.

Case No.: 3:13-cv-50377
Judge Iain D. Johnston

## PLAINTIFF'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(b)

Plaintiff Rochelle Ibarrola ("Plaintiff"), on behalf of herself and all others similarly situated, hereby moves this Court, pursuant to 28 U.S.C. § 1404(b), to transfer this action to the United States District Court for the Northern District of Illinois, Eastern Division, for the convenience of the parties and witnesses, and in the interest of justice. Plaintiff in the instant case has sued Kind, LLC ("Defendant") for common law fraud, unjust enrichment, and violation of the Illinois Consumer Fraud and Deceptive Business Practices Act pursuant to 815 ILCS 505/1 *et seq.*, for which she seeks declaratory, injunctive, and pecuniary relief. Plaintiff intended to file her Complaint in the Northern District of Illinois, Eastern Division, but inadvertently filed it in the Northern District of Illinois, Western Division. Defendant has yet to file an appearance.

Plaintiff is a citizen of the state of Illinois and resides at 212 W. Erie St. Apt G Chicago, Illinois, 60654, which is located in Cook County, which is located in the Eastern Division of the Northern District. Defendant is a Delaware Limited Liability Company headquartered at 8 West 38th Street, 6th Floor, New York, New York, 10018. Defendant sells its products through its

company website, unaffiliated online distributors, and various "brick and mortar" retailers throughout the State of Illinois and the United States. Plaintiff purchased Defendant's product on two occasions: first, on or about May 5, 2013 at the Lincoln Park Whole Foods located at 1550 N. Kingsbury Street, Chicago, IL 60642, and second, on or about August 19, 2013 at the Armitage Shell Gas Station located at 1768 W. Armitage Ave., Chicago, IL 60622. Each of these purchase sites is located in the Eastern Division.

Accordingly, because the Eastern Division of the Northern District of Illinois has the most significant relationship to Plaintiff and Plaintiff's claims, Plaintiff respectfully requests this court exercise its authority under 28 U.S.C. § 1404(b)[1] and transfer this case to the Eastern Division of the Northern District of Illinois.

Dated: December 11, 2013                                Respectfully submitted,

                                                By:  /s/Edward A. Wallace

---

[1] Section 1404(b) permits a district court to transfer a civil action from the division in which it is pending to "any other division in the same district." Section 1404(a) also addresses divisional transfers, stating that "for the convenience of the parties and witnesses, and in the interest of justice" a court may transfer a civil case to any other district or division in which it might have been brought. In this case, such a transfer would increase the convenience of the parties and witnesses and would benefit the interests of justice.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing **Plaintiff's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(b)** to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system.

/s/Edward A. Wallace