# UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

ROCHELLE IBARROLA, on behalf of herself
and all others similarly situated,

     Plaintiff,

      v.

KIND, LLC,


     Defendant.

Case No.: 3:13-cv-50377
Judge Iain D. Johnston

## NOTICE OF PLAINTIFF'S MOTION TO TRANSFER VENUE
## PURSUANT TO 28 U.S.C. § 1404(b)

  **PLEASE TAKE NOTICE** that on **Thursday, December 19, 2013 at 10:00 a.m.**, or as

soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Iain

D. Johnston, or any judge sitting in his stead, in Room 5200 of the United States District Court

for the Northern District of Illinois, 327 South Church Street, Rockford, Illinois 61101, and then

and there present: **PLAINTIFF'S MOTION TO TRANSFER VENUE PURSUANT TO 28**

**U.S.C. § 1404(b)**, a copy of which is attached hereto.

Dated: December 11, 2013       Respectfully submitted,


         By: _/s/_ Edward A. Wallce

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing **Notice of Plaintiff's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(b)** to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system.

/s/Edward A. Wallace