

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 327 SOUTH CHURCH STREET
### ROCKFORD, ILLINOIS 61101

**Thomas G. Bruton**
**CLERK**

312-435-5671

December 13, 2013

U.S. District Court
219 South Dearborn Street
Chicago, Illinois 60604

Re: Ibarrola v. Kind, LLC

USDC No: 3:13-cv-50377

Dear Clerk:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on December 13, 2013, by the Honorable Judge Iain D. Johnston.

          Sincerely yours,

          Thomas G. Bruton,
          Clerk


          By:   */s/ Jackie Pieczkiewicz*
                  Deputy in Charge